```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DJURDJURA KNATEF,

                        Plaintiff,

        -against-

MACY'S RETAIL HOLDINGS LLC
d/b/a MACY'S,

                        Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/9/2025__

25 Civ. 1057 (AT)

**ORDER**

ANALISA TORRES, District Judge:

By order dated February 6, 2025, the Court directed the parties to file a joint letter and proposed case management plan by June 6, 2025. ECF No. 5. Those submissions are now overdue. Accordingly, by **June 23, 2025**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: June 9, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge