UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DJURDJURA KNATEF,

                Plaintiff,

-against-

MACY'S RETAIL HOLDINGS LLC d/b/a MACY's,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/21/2025
```

25 Civ. 1057 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    A case management conference is currently scheduled for October 27, 2025, at 10:00 a.m. Per the case management plan, fact discovery was scheduled to close on October 6, 2025. CMP ¶¶ 5, ECF No. 16. The parties have since alerted the Court as to an ongoing discovery dispute. *See* ECF No. 18.

    Because the parties are still negotiating an active discovery dispute, *see id.*, the case management conference currently scheduled for October 27, 2025, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: October 21, 2025
       New York, New York

                                              ANALISA TORRES
                                  United States District Judge